

**U.S. Department of Justice**

United States Attorney' Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*John S. Crosby*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*john.crosby@usdoj.gov*

main: (973) 645-2700
direct:(973) 353-6023

July 16, 2026

<u>**Via ECF**</u>

Honorable Katharine S. Hayden, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

> Re:  ***Ozipek v. USCIS, et al.*, No. 26-04630 (EP)**
> **Extension Request on Consent**

Dear Judge Hayden:

This Office represents Defendant in the above-referenced immigration matter. We write with the consent of Plaintiff's counsel, Furkan Ozkundakci, Esq., to request a 60-day extension of time, until September 15, 2026, to respond to the Complaint, ECF No. 1.

We respectfully submit that good cause exists for this extension request. During this period, United States Citizenship and Immigration Services ("USCIS") will endeavor to moot the action by adjudicating the relevant immigration application.

If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

SO ORDERED this day of July 16, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.

By:  */s/ John S. Crosby*
JOHN S. CROSBY
Assistant United States Attorney

2

*Attorneys for Defendants*

cc:     Counsel of record (via ECF)