**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*John S. Crosby*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*john.crosby@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 353-6023*

November 14, 2026

**Via ECF**
Honorable Katharine S. Hayden, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

**Re: *Ozipek v. USCIS, et al.*, No. 26-04630 (EP)**
**Extension Request on Consent**

Dear Judge Hayden:

This Office represents Defendants in the above-referenced immigration matter. We write with the consent of Plaintiff's counsel, Furkan Ozkundakci, Esq., to respectfully request a 31-day extension of Defendants' deadline to answer the petition, from November 14, 2026 to December 15, 2026.

We respectfully submit that good cause exists for this extension request. On August 17, 2026, USCIS conducted Plaintiff's asylum interview. USCIS informed this office that Plaintiff's asylum application is still being adjudicated. Additional time will allow USCIS to moot this action by completing adjudication of Plaintiff's application. Defendants were previously granted a 14-day Clerk's extension of this deadline pursuant to Local Civil Rule 6.1(b). On July 16, 2026, the Court granted a 60-day extension of this deadline and on September 14, 2026 the Court granted an additional 60-day extension of this deadline.

If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

SO ORDERED this day of November 16,2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, USDJ

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ John S. Crosby*
JOHN S. CROSBY
Assistant United States Attorney
*Attorneys for Defendants*

cc: Counsel of record (via ECF)